UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSARIO DIAZ, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF EVARISTO FERNANDEZ        CIVIL ACTION
AND AS NATURAL TUTRIX OF ROSA
ESTELA FERNANDEZ AND
LEOPOLDO FERNANDEZ DIAZ, JOSE
FERNANDEZ DIAZ

VERSUS

GOODYEAR TIRE AND RUBBER            NO. 07-353-FJP-CN
COMPANY, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Supplemental Motion to Remand[1] filed by plaintiffs, Rosario Diaz, individually and as representative of the Estate of Evaristo Fernandez and as natural tutrix of Rosa Estela Fernandez and Leopoldo Fernandez Diaz and Jose Fernandez Diaz, shall be DENIED.

Baton Rouge, Louisiana, October 1, 2008.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 68.

Doc#45442